# Exhibit 1

DE-150

ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, state bar number, and address*): Robert L. O'Keefe, CBN 114293
Mathew W. Simone, APLC
9131 Fletcher Parkway, Suite 106
La Mesa, CA 91942

TELEPHONE AND FAX NOS.: 619-589-2121

ATTORNEY FOR (*Name*): Petitioner, Timothy Charles Liddell

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 1100 Union Street
MAILING ADDRESS: 1100 Union Street
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central

ESTATE OF (*Name*):
ROBERT EDMUND LIDDELL
DECEDENT

FOR COURT USE ONLY

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
2/5/2026 5:20:00 PM
Clerk of the Superior Court
By A. Noriega del Cid Deputy Clerk

**LETTERS**

[ ] TESTAMENTARY [X] OF ADMINISTRATION
[ ] OF ADMINISTRATION WITH WILL ANNEXED [ ] SPECIAL ADMINISTRATION

CASE NUMBER: 26PE000018C

## LETTERS

1. [ ] The last will of the decedent named above having been proved, the court appoints (*name*):
   a. [ ] executor.
   b. [ ] administrator with will annexed.
2. [X] The court appoints (*name*):
   Timothy Charles Liddell
   a. [X] administrator of the decedent's estate.
   b. [ ] special administrator of decedent's estate
      (1) [ ] with the special powers specified in the *Order for Probate*.
      (2) [ ] with the powers of a general administrator.
      (3) [ ] letters will expire on (*date*):
3. [X] The personal representative is authorized to administer the estate under the Independent Administration of Estates Act [X] with full authority
   [ ] with limited authority (no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).
4. [ ] The personal representative is not authorized to take possession of money or any other property without a specific court order.

WITNESS, clerk of the court, with seal of the court affixed.

(SEAL) Superior Court of California, County of San Diego

Date: February 5, 2026

Clerk, by

A. Noriega del Cid
(DEPUTY)

## AFFIRMATION

1. [ ] PUBLIC ADMINISTRATOR: No affirmation required (Prob. Code, § 7621(c)).
2. [X] INDIVIDUAL: I solemnly affirm that I will perform the duties of personal representative according to law.
3. [ ] INSTITUTIONAL FIDUCIARY (*name*):

   I solemnly affirm that the institution will perform the duties of personal representative according to law.
   I make this affirmation for myself as an individual and on behalf of the institution as an officer.
   (*Name and title*):

**Letters Expire:
Aug 4, 2027**

4. Executed on (*date*): February 4, 2026
   at (*place*): San Diego, California.

(SIGNATURE)

## CERTIFICATION

I certify that this document is a correct copy of the original on file in my office and the letters issued the personal representative appointed above have not been revoked, annulled, or set aside, and are still in full force and effect.

(SEAL) Superior Court of California, County of San Diego

Date: FEB 18 2026

Clerk, by

K. Benavides
(DEPUTY)